**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2125**

JACOB CALVIN HARRIS,

　　　　　Plaintiff - Appellant,

　　　v.

CHILD SUPPORT OF CHESAPEAKE,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:23-cv-00070-RBS-DEM)

Submitted:  February 20, 2025　　　　　　　　　　Decided:  February 24, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jacob Calvin Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacob Calvin Harris appeals the district court's order dismissing, without prejudice, Harris's pro se complaint pursuant to Fed. R. Civ. P. 12(h)(3) for lack of subject matter jurisdiction, or in the alternative, under 28 U.S.C. § 1915(c)(2) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Harris v. Child Support of Chesapeake*, No. 2:23-cv-00070-RBS-DEM (E.D. Va. Oct. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
